```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

           Plaintiff,

-against-

WEST 54 LIQUORS LLC, *a New York limited liability company, d/b/a* 10th Ave Wines & Liquors, 453 WEST 54 STREET HOUSING DEVELOPMENT FUND CORPORATION, *a New York corporation*,

           Defendants.

1:19-cv-11334-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff's application to stay this action, Dkt. No. 11, is denied without prejudice. This letter does not provide the Court with any specific information about the reason that this case should be stayed for thirty days. Defendants have not even appeared yet in connection with this matter. If Plaintiff wishes to renew this request, he is directed to write the Court no later than March 19, 2020.

In the event that Plaintiff is requesting a deferral based on Defendants' failure to appear, Plaintiff should write the Court and describe what steps he has taken to obtain their appearance.

If Defendants were to appear, the Court expects that it would hold the initial pretrial conference scheduled for March 24, 2020 at 2:00 by telephone.

Plaintiff is directed to serve this order on Defendants and retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: March 18, 2020
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge