USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                          Plaintiff,

-against-

WEST 54 LIQUORS LLC, *a New York limited liability company, d/b/a* 10th Ave Wines & Liquors, 453 WEST 54 STREET HOUSING DEVELOPMENT FUND CORPORATION, *a New York corporation*,

                         Defendants.
-----------------------------------------------------------------X

1:19-cv-11334-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff's application adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference is adjourned to April 28, 2020 at 3:00 p.m. The joint letter and proposed case management plan described in the Court's December 13, 2019 order, Dkt. No. 7, must be submitted no later than April 21, 2020.

Plaintiff is directed to serve this order on Defendants and retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: March 19, 2020

                                                     GREGORY H. WOODS
                                                   United States District Judge