USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  RICARDO VELASQUEZ,                                   :

                                Plaintiff,         :
                 -against-                     :         1:19-cv-11334-GHW

  WEST 54 LIQUORS LLC, *a New York limited*   :        <u>ORDER</u>
*liability company, d/b/a* 10th Ave Wines & Liquors, :
453 WEST 54 STREET HOUSING
DEVELOPMENT FUND CORPORATION, *a*
*New York corporation*,
                              Defendants.    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's application to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference is adjourned to May 27, 2020 at 1:00 p.m. The joint letter and proposed case management plan described in the Court's December 13, 2019 order, Dkt. No. 7, must be submitted no later than May 20, 2020.

    Plaintiff is directed to serve this order on Defendants and retain proof of service.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

    SO ORDERED.

Dated: April 22, 2020                                            _____
                                                                 GREGORY H. WOODS
                                                              United States District Judge