USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  RICARDO VELASQUEZ,                   :
                                          :
                        Plaintiff,    :
          -against-            :                1:19-cv-11334-GHW

WEST 54 LIQUORS LLC, *a New York limited* :
*liability company, d/b/a* 10th Ave Wines & Liquors, :             ORDER
453 WEST 54 STREET HOUSING      :
DEVELOPMENT FUND CORPORATION, *a* :
*New York corporation,*               :
                                          :
                      Defendants.  :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The time for 453 West 54 Street Housing Development Fund Corporation to answer or

otherwise respond to the complaint is extended to June 15, 2020.

      Furthermore, the application to adjourn the initial pretrial conference is granted.  The initial

pretrial conference is adjourned to June 29, 2020 at 3:00 p.m.  The joint letter and proposed case

management plan described in the Court's December 13, 2019 order, Dkt. No. 7, must be submitted

no later than June 22, 2020.  The initial pretrial conference will take place by telephone.  The parties

are directed to use the conference call dial-in information and access code noted in the Court's

Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically

directed to comply with Emergency Rule 2(C).

      As an aside, the Court notes that counsel must enter an appearance to represent a client

before this court.

      Plaintiff is directed to serve this order on all Defendants not represented by counsel and

retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated:  May 15, 2020

_____
GREGORY H. WOODS
United States District Judge